## PALMER v. COMMONWEALTH.

Court of Appeals of Kentucky.

(Decided March 10, 1933.)

SHUMATE & SHUMATE for appellants.

BAILEY P. WOOTTON, Attorney General, and JOHN W. WALKER, Commonwealth's Attorney, for appellees.

PER CURIAM.

Appeal denied; judgment affirmed. See Tubbs et al. v. Commonwealth, 248 Ky. 24, 58 S. W. (2d) 236, decided March 7, 1933.

## LETCHER COUNTY, by Astor Hogg, County Attorney, v. SERGENT.

Court of Appeals of Kentucky.

(Decided April 21, 1933.)

ASTOR HOGG for movant.

STEPHEN COMBS, Jr., opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

## SLONE v. COMMONWEALTH.

Court of Appeals of Kentucky.

(Decided April 21, 1933.)

JOHN W. CAUDILL and OSCAR P. BOND for movant.

BAILEY P. WOOTTON, Attorney General, and H. HAMILTON RICE, Assistant Attorney General, for the Commonwealth.

PER CURIAM.

Appeal denied; judgment affirmed.